# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANELLE COTTON, | ) Case No. 19-2637 WHO |
| Plaintiff, | ) |
| -vs- | ) |
| CHASE AUTO FINANCE CORP.; EQUIFAX, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; and DOES 1-10 inclusive, | ) **Stipulated Order to Dismiss** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed, with prejudice as to Defendant TRANS UNION LLC. only, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated this 20th day of November 20, 2019



_____
Honorable Judge of the District Court